172



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Alton Freeman
County Attorney, Gaines County
Seminole, T e x a s

Dear Sir:

Opinion No. O-6834
Re: Authority to appoint As-
sistant or Deputy County
Treasurer in county having
a population of less than
20,000, and whether such
Treasurer can hold office
while serving in the Armed
Forces; and related ques-
tions.

Received your letter of recent date in which you ask the following five questions:

"1. Gaines County has a population of less than 20,000 inhabitants. Can the County Treasurer, with the consent of the Commissioners Court, appoint an assistant or deputy to perform the duties of the office while she is a member of the armed services of the United States, Army or Navy Service?

"2. In the event that she can legally appoint a deputy to perform the duties of the office while she is away in military service, can the county continue to pay her salary to her while she is in such service and in addition thereto pay the deputy for her?

"3. Can the County Treasurer continue to hold her office in any manner after she becomes a Wave in the Navy, or gets in any branch of the military service?

TION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSIST

"4. Is it legally possible for a County
Commissioner to continue to hold his office after
going into the Army?

"5. Can a County Clerk in our county continue
to hold his office and draw his salary after being
inducted into the Army?"

Our opinion No. O-4454, which is herewith enclosed,
answers your question No. 1 in the affirmative.

Our opinions No. O-5098 and No. O-5588, copies of
which are herewith enclosed, answer your questions Nos. 2, 3,
4 and 5 in the affirmative.

In connection with the above we submit herewith our
opinion No. O-5039 for your information in case any of such
county officers mentioned by you become officers in the Armed
Forces.

In regard to your question No. 3 in particular, the
WAVES, SPARS, WACS and WOMEN MARINES, are all auxilliary to the
various branches of our Armed Forces and are part of the Organized
Reserves of the United States, as distinguished from the "Regular
Army," "Regular Navy," and "Regular Marine Corps," and as such,
your County Treasurer could become an officer in same and still
not be disqualified by that fact alone to take and hold public
office in this State, under the holding of our Supreme Court in
Cramer v. Sheppard, 167 S. W. (2d) 147.

Hoping the above answers your questions, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Robert L. Lattimore J*

Robert L. Lattimore, Jr.
Assistant

RLL:EP

